UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY TALBERT HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-00609-EPG<br><br>ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF NO. 14) |

On January 6, 2020, the parties in this matter filed a stipulation that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief from January 8, 2020, up to and including February 7, 2020. (ECF No. 14.) The Court has reviewed the stipulation and finds good cause to approve same.

Accordingly, IT IS ORDERED that Defendant shall have an extension of time of 30 days up to and including February 7, 2020, to respond to Plaintiff's opening brief and that all other deadlines in the Scheduling Order (ECF No. 5.) are extended accordingly.

IT IS SO ORDERED.

    Dated:  **January 6, 2020**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1