UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY TALBERT HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:19-cv-00609-EPG<br><br>ORDER GRANTING STIPULATION FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 26) |

Based upon the parties' Stipulation for the Award of Attorney Fees Under the Equal Access to Justice Act, (ECF No. 26):

IT IS ORDERED that Plaintiff be awarded attorney fees in the amount of SIX THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($6,500.00), as authorized by 28 U.S.C. § 2412, pursuant to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **August 25, 2020**                     /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

1